■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD WYATT, Appellant. [608 NYS2d 908] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.—Aggravated Sexual Abuse,

1st Degree.) Present—Callahan, J. P., Pine, Fallon, Doerr and Davis, JJ.